

FILED
IN OPEN COURT

DEC – 4 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

v.

Case No. 1:25-CR-269

KEVIN DANILO SUAREZ,
a/k/a "KEVIN CAMPOS SUAREZ,"
a/k/a "CARLOS DAVID BUESO,"

Defendant.

STATEMENT OF FACTS

The United States and the defendant, KEVIN DANILO SUAREZ, a/k/a "KEVIN CAMPOS SUAREZ," a/k/a "CARLOS DAVID BUESO," (hereafter referred to as "Mr. Danilo Suarez"), agree that the allegations in the Indictment and the following facts are true and accurate, and that, had this matter proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1.      Mr. Danilo Suarez, a native and citizen of Honduras, is an "alien" for the purposes of 8 U.S.C. § 1326, and has no lawful status in the United States.

2.      Mr. Danilo Suarez is subject to a final order of removal dated January 10, 2008.

3.      On or about January 22, 2008, pursuant to that final order of removal, Mr. Danilo Suarez was removed from the United States at or near Atlanta, Georgia.

4.      On or about May 16, 2008, pursuant to that final order of removal, Mr. Danilo Suarez was removed from the United States at or near Raymondville, Texas.

5.      On or about March 1, 2010, pursuant to that final order of removal, Mr. Danilo Suarez was removed from the United States at or near Columbus, Georgia.

6.      On or about June 2, 2011, pursuant to that final order of removal, Mr. Danilo

1

Suarez was removed from the United States at or near Mesa, Arizona.

7.       On or about July 14, 2011, pursuant to that final order of removal, Mr. Danilo Suarez was removed from the United States at or near Chandler, Arizona.

8.       On or about October 27, 2011, pursuant to that final order of removal, Mr. Danilo Suarez was removed from the United States at or near San Antonio, Texas.

9.       On or about September 14, 2015, pursuant to that final order of removal, Mr. Danilo Suarez was removed from the United States at or near Columbus, Georgia.

10.       On or about January 11, 2021, pursuant to that final order of removal, Mr. Danilo Suarez was removed from the United States at or near Atlanta, Georgia.

11.       On or about August 20, 2021, pursuant to that final order of removal, Mr. Danilo Suarez was removed from the United States at or near Alexandria, Louisiana.

12.       Following his removal from the United States, and on an unknown date, Mr. Danilo Suarez voluntarily and unlawfully re-entered the United States.

13.       On or about May 25, 2025, agents with the United States Immigration and Customs Enforcement first learned that Mr. Danilo Suarez was back in the United States and had been detained by law enforcement and then fingerprinted at the Prince William County Adult Detention Center in Manassas, Virginia, within the Eastern District of Virginia.

14.       Mr. Danilo Suarez's alien file lacks any evidence of an immigration benefit, document, or status that would allow him to enter, be admitted to, pass through, or reside in the United States legally.

15.       At no time between his January 2008 removal order and his subsequent reentries did Mr. Danilo Suarez obtain the express permission of the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States or re-apply for admission

to the United States.

16.    Mr. Danilo Suarez's actions, as recounted above, were, in all respects, knowing

and deliberate, and were not committed by mistake, accident, or other innocent reason.

17.    This statement of the facts includes those facts necessary to support the

defendant's plea. It does not include each and every fact known to the defendant or the United

States and is not intended to be a full enumeration of all the facts surrounding the defendant's

case.

Date: 12/4/15

Respectfully submitted,


Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney


By: _____

Katlin O'Brien
Special Assistant United States Attorney
April Russo
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Office: (703) 299-3784
Fax: (703) 299-3980
Email: katlin.obrien1@usdoj.gov

I have read the above Statement of Facts and carefully reviewed every part of it with my attorney and a Spanish language interpreter. After consulting with my attorney, I, KEVIN DANILO SUAREZ, hereby stipulate that the above Statement of Facts is true and accurate, and that, had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

KEVIN DANILO SUAREZ

I am Todd Richman, the defendant's attorney. With the assistance of a Spanish language interpreter, I have carefully reviewed the above Statement of Facts with the defendant in English and Spanish. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: 12-4-25

Todd Richman

Attorney for KEVIN DANILO SUAREZ